GALLEGOS V. ISLETA RESORT

This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**MARIA HOLGUIN GALLEGOS,**
**Worker-Appellant,**
**v.**
**ISLETA RESORT & CASINO, HUDSON INSURANCE, and TRIBAL FIRST (Third-Party Administrator),**
**Employer/Insurer/Third-Party Administrator-Appellees.**

Docket No. A-1-CA-37639
COURT OF APPEALS OF NEW MEXICO
May 20, 2019

APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION, Rachel A. Bayless, Workers' Compensation Judge

**COUNSEL**

LeeAnn Ortiz, Albuquerque, NM for Appellant

Barnhouse Keegan Solimon & West, LLP, Dianna Kicking Woman, Los Ranchos de Albuquerque, NM for Appellees.

**JUDGES**

LINDA M. VANZI, Judge. WE CONCUR:  J. MILES HANISEE, Judge, JACQUELINE R. MEDINA, Judge

**AUTHOR:** LINDA M. VANZI

**MEMORANDUM OPINION**

**VANZI, Judge.**

**{1}** Worker appeals from the Workers' Compensation Judge's (WCJ) order granting Employer/Insurer's motion to stay proceedings and order denying Worker's motion for reconsideration and administratively closing the case. This Court issued a notice of proposed disposition, proposing to summarily dismiss the appeal for lack of finality. Worker filed a memorandum in support of our proposed summary disposition,

requesting that we dismiss to allow the WCJ to rule on her motion for clarification and address whether the case is administratively closed. Accordingly, and for the reasons stated in our notice of proposed disposition, we dismiss.

**{2}    IT IS SO ORDERED.**

**LINDA M. VANZI, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**JACQUELINE R. MEDINA, Judge**